446 A.2d 701

Commonwealth v. Hunsinger, Appellant.

Petition for Allowance of Appeal Denied Sept. 13, 1982.

Argued March 9, 1982. James F. Geddes, for appellant; Joseph C. Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Judgment of sentence affirmed.

446 A.2d 702

Commonwealth v. Jennings, Appellant.

Submitted February 23, 1982. Douglas M. Johnson, Public Defender, for appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.